IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE:
JOSEPH L. ZOBAL

No.: 04-74937
JUDGE BARBOSA
Chapter 13

Debtor(s).

# RESPONSE TO NOTICE OF CURE OF ALL PREPETITION MORTGAGE OBLIGATION

NOW COMES HOMECOMINGS FINANCIAL/GMAC ("Movant"), by and through its attorneys, BARBARA J. DUTTON and the law firm DUTTON & DUTTON, P.C., and in support of its RESPONSE, states as follows:

1. On 10/05/2004, the above captioned Chapter 13 bankruptcy was filed.
2. MOVANT is a creditor of the Debtor with respect to a mortgage secured by a lien upon the property commonly known as 1727 7TH AVENUE, BELVIDERE, IL, 61008.
3. Trustee has filed Notice indicating that all prepetition claims have been paid.
4. While Movant does not dispute that its claim has been satisfied, Movant hereby asserts that the loan is in default.
5. At present, the loan is due for the 09/10/04 monthly payment and those thereafter as well as $346.00 in outstanding broker price opinions (BPOs).

Respectfully submitted,

HOMECOMINGS FINANCIAL/GMAC


/s/  Barbara J. Dutton, esq.


Barbara J. Dutton, Bar #6188016
Dutton & Dutton, P.C.
10325 W. LINCOLN HWY
FRANKFORT, IL  60423
815-806-8200